Order issued November _13_ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00856-CV

**CHAN PARK, Appellant**

**V.**

**EXXON MOBIL CORPORATION, Appellee**

## ORDER

We **GRANT** appellant's November 8, 2012 third unopposed motion for an extension of time to file a brief. We **ORDER** the brief tendered to this Court by appellant on November 9, 2012 filed as of the date of this order.

ELIZABETH LANG-MIERS
JUSTICE